IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 3:10CV055 |
| | ) |
| CARL WITMEYER II | ) |
| | ) |
|     Defendant | ) |
| ---------------------------------------------------------------- | ) |
| CARL WITMEYER II | ) |
| | ) |
|     Counterclaim Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| BRANCH BANKING AND TRUST COMPANY | ) |
| | ) |
|     Counterclaim Defendant | ) |
| | ) |

### _BRANCH BANKING AND TRUST COMPANY'S_
### _MOTION FOR SUMMARY JUDGMENT_

COMES NOW, Branch Banking and Trust Company (hereinafter "BB&T"), by Counsel,

pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 56, and moves for summary

judgment on its complaint and for summary judgment dismissing the counterclaim, for the

reasons set forth in the accompanying memorandum of law.

Branch Banking and Trust Company
By Counsel

FIORE & LEVINE, PLLC
Heritage Square
5311 Lee Highway
Arlington, Virginia 22207
Telephone: (703) 525-2668
Facsimile: (703) 525-8393

By:____/s/ Daniel S. Fiore____
    Daniel S. Fiore, Esquire
    Virginia Bar No. 020774
    *Counsel for Branch Banking*
      *and Trust Company*

## REQUEST FOR HEARING

I hereby request a hearing to present my oral arguments in support of this motion.

          /s/ Daniel S. Fiore_____
          Daniel S. Fiore, Esquire

## CERTIFICATE OF SERVICE

    I hereby certify that Branch Banking and Trust Company's Motion for Summary Judgment, was served via first-class mail, postage prepaid, and electronically using the Court's CM/ECF system upon David D. Hopper, Esquire, COOK, HEYWARD, LEE, HOPPER & FEEHAN, P.C., Counsel for Defendant, 4551 Cox Road, Suite 210, P.O. Box 3059, Glen Allen, Virginia 23058-3059, this 13th day of September 2010.

          /s/ Daniel S. Fiore_____
          Daniel S. Fiore, Esquire
          Virginia Bar No. 020774
          FIORE & LEVINE, PLLC
          5311 Lee Highway
          Arlington, Virginia 22207
          Telephone: (703) 525-2668
          Facsimile: (703) 525-8393
          daniel.fiore@fiorelevine.com
          *Counsel for Branch Banking*
            *and Trust Company*