**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

BRANCH BANKING & TRUST COMPANY,
   *Plaintiff*,

v.               Case No.: 3:10cv055

CARL J. WITMEYER, II,
   *Defendant*.

## MOTION FOR SUMMARY JUDGMENT

  COMES NOW Carl J. Witmeyer, II ("Witmeyer"), by counsel, and pursuant to Federal Rule of Procedure 56 moves for summary judgment dismissing the claims raised in Plaintiff Branch Banking and Trust Company's Complaint and for summary judgment in his favor on Count III (Constructive Fraud), Count IV (Breach of Fiduciary Duty) and Count V (Conversion) of Witmeyer's Counterclaim for the reasons set forth in Witmeyer's Memorandum in Support of his Motion filed herewith.

               CARL J. WITMEYER, II

               By: _____/s/_____
                 Of counsel

David D. Hopper, Esquire
Virginia State Bar number: 30038
Attorney for Carl J. Witmeyer, II
Cook, Heyward, Lee, Hopper & Feehan, P.C.
4551 Cox Road, Suite 210
P.O. Box 3059
Glen Allen, Virginia 23058-3059
Telephone: (804) 747-4500
Facsimile:  (804) 762-9608
ddhopper@chlhf.com

## **CERTIFICATE**

I hereby certify that on this 9th day of November, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Daniel S. Fiore, Esquire
531 Lee Highway
Arlington, Virginia 22207
daniel.fiore@fiorelevine.com

*Counsel for Branch Banking & Trust Company*

_____/s/_____
David D. Hopper, Esquire
Virginia State Bar number: 30038
Attorney for Carl J. Witmeyer, II
Cook, Heyward, Lee, Hopper & Feehan, P.C.
4551 Cox Road, Suite 210
P.O. Box 3059
Glen Allen, Virginia 23058-3059
Telephone: (804) 747-4500
Facsimile: (804) 762-9608
ddhopper@chlhf.com